

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ENFIELD PLAZA HOMEOWNERS ASSOCIATION, INC., | § | No. 08-25-00014-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 345th District Court |
| v. | | |
| | § | of Travis County, Texas |
| STEPHANIE BEARDSLEY KERPSACK, and 1621 ENFIELD CONDOMINIUM OWNERS ASSOCIATION, | § | (TC# D-1-GN-17-003295) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We order that Appellant pay all costs of this appeal and that this decision to be certified below for observance.

IT IS SO ORDERED this 27th day of March 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.